JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN COOK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-cv-01789-EPG<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME<br><br>(ECF No. 17) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from October 27, 2021 to December 13, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater

1

than usual number of merit briefs due in October and November 2021. Thus, Counsel is requesting an extension through December 13, 2021 to accommodate the number of cases due in October and November 2021. Currently, for the week of October 25, 2021, Counsel has 11 merit briefs due, several settlement letters, and two EAJA petitions. Counsel also has five administrative hearings before the Office of Hearings Operations. In November 2021, Counsel has a similar briefing schedule.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the months of October and November.

Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Thanksgiving and Christmas holidays. Counsel respectfully requests the Court granted the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 19, 2021          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
   JONATHAN OMAR PENA
   Attorneys for Plaintiff


Dated: October 19, 2021          PHILLIP A. TALBERT
                                 Acting United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration


By:  *\*/s/ Margaret Lehrkind*
   Margaret Lehrkind
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on October 19, 2021)

2

**ORDER**

Based on the above stipulation (ECF No. 17), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than December 13, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **October 21, 2021**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

3