PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN ALLEN COOK,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 1:20-cv-01789-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 20). |

IT IS HEREBY STIPULATED, by and between John Cook (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of sixty-five (65) days to file a Response to Plaintiff's Opening Brief. This is Defendant's first

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

request for an extension on her Response to Plaintiff's Opening Brief. The current due date is January 7, 2022. The new date will be March 13, 2022. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has seventy-one other active cases in various stages of litigation and 24 responsive briefs due in the next 60 days including two Ninth Circuit answering briefs. Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant's counsel is also covering a colleague's workload who is out on long-term family leave. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: December 20, 2021

*/s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: December 20, 2021    By    *s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based on the above stipulation (ECF No. 20), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's opening brief no later than March 14, 2022.[2] All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **December 22, 2021**            /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

[2] While the stipulation requested an extension until March 13, 2022, that day is a Sunday, and thus the Court sets March 14, 2022 as the applicable deadline.