PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

JOHN ALLEN COOK,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

Case No. 1:20-cv-01789-EPG

STIPULATION AND ORDER FOR SECOND EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF

(ECF No. 22)

IT IS HEREBY STIPULATED, by and between John Cook (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file a Response to Plaintiff's Opening Brief. This is Defendant's second request for an extension on her Response to Plaintiff's Opening Brief. The current due date is March 13, 2022. The new date will be April 12, 2022. All other deadlines will extend accordingly.

Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule.  Defendant's counsel lost one full week of work in late January because her 18-month-old daughter's daycare was closed because of a positive COVID-19 test.   Defendant's counsel has seventy-one other active cases in various stages of litigation and now 26 responsive briefs due in the next 60 days including one Ninth Circuit answering brief.  Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to the Court for any inconvenience caused by this delay.

                                                Respectfully submitted,

DATE: February 9, 2022                */s/ Jonathan Omar Pena*
                                                JONATHAN OMAR PENA
                                                Attorney for Plaintiff
                                                (as approved via email)

                                                PHILLIP A. TALBERT
                                                United States Attorney

DATE: February 9, 2022          By   *s/ Margaret Lehrkind*
                                                MARGARET LEHRKIND
                                                Special Assistant United States Attorney

                                                Attorneys for Defendant

## **ORDER**

Based on the above stipulation (ECF No. 22), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's opening brief no later than April 12, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **February 11, 2022**                    /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE